# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 10 PM 3:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| **EARNEST BANKS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **HARRY SAYLE, et al.,** | CASE NO: 05-2392 M1/V |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal and Order Assessing $250 Civil Filing Fee, entered November __9__, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Nov. 9, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11-14-05_

(9)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02392 was distributed by fax, mail, or direct printing on November 14, 2005 to the parties listed.

Earnest J. Banks
#04133462
201 Poplar
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT